UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | Case No: 1:19-cv-03721 |
| COVALENT COLLECTIVE, INC., ) ) | Judge |
| Respondent. ) | |

**U.S. SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR AN ORDER REQUIRING COMPLIANCE WITH SUBPOENA**

Movant, the United States Securities and Exchange Commission ("Commission"), moves this Court, pursuant to Section 22(a) of the Securities Act of 1933, 15 U.S.C. § 77v(a), and Section 21(c) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(c), to enter an Order compelling Covalent Collective, Inc. f/k/a Doyen Elements International, Inc. f/k/a Cynterra Earth Sciences Inc. f/k/a Advantameds Solutions, Inc. ("Doyen International") to comply with a Commission subpoena requiring it to produce documents. In further support of this Motion, the Commission submits a Memorandum of Law and the Declaration of Christopher H. White.

1. Respondent Doyen International has refused to comply with a Commission investigative subpoena requiring it to produce documents in connection with the Commission's non-public investigation *In re Matter of Doyen Elements, Inc.* (Internal File No. C-08484) (the "Doyen Investigation"). The investigation's purpose is to determine whether any persons, including, but not limited to Doyen International, have engaged, are engaging, or will engage in acts constituting violations of various provisions of the federal securities laws.

2. On October 10, 2018, the Commission issued an Order Directing Private

Investigation and Designating Officers to Take Testimony in the Doyen Investigation (the "Formal Order"). The Formal Order designated certain individuals as officers of the Commission empowered to administer oaths and affirmations, subpoena witnesses, compel their attendance, take evidence, and require the production of any books, papers, correspondence, memoranda, or other records deemed relevant or material to the investigation.

3. During its investigation, the SEC staff reviewed documents that indicated that Doyen International and related entities had raised millions of dollars from investors. The staff also reviewed certain claims about Doyen International's prospects and operations, including regarding its acquisitions and prospective share price. To develop information relevant to the Doyen Investigation, the Staff issued a subpoena to Doyen International on October 24, 2018.

4. Doyen International has failed to produce any documents in response to the subpoena.

5. Doyen International, through its counsel, requested a brief extension of the deadline to comply with the subpoena, which request was granted. Since that time, the SEC staff has contacted counsel for Doyen International several times, but no production has been forthcoming. Doyen International has now ceased responding to the staff's telephone calls, voicemails, and emails requesting compliance.

6. In order to discharge its investigative duties, the Commission brings this action to compel Doyen International to produce documents pursuant to the Commission's subpoena.

7. Jurisdiction is conferred upon this Court, and venue properly lies within the Northern District of Illinois, pursuant to Section 22(a) of the Securities Act of 1933, 15 U.S.C. § 77v(a), and Section 21(c) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(c).

**WHEREFORE**, the United States Securities and Exchange Commission respectfully requests that this Court issue an Order:

A. Directing Doyen International to produce to the Staff all documents responsive to the Commission's subpoena; and

B. Granting the Commission such other and further relief as may be necessary and appropriate to achieve compliance with the subpoenas and with any Order the Court issues in its enforcement thereof.

Respectfully submitted,

　　/s/ Christopher H. White
CHRISTOPHER H. WHITE
United States Securities and Exchange Commission
175 West Jackson Boulevard
Suite 1450
Chicago, Illinois 60604
(312) 353-7435
whitech@sec.gov

Dated: June 4, 2019

## **CERTIFICATE OF SERVICE**

      I, Christopher H. White, an attorney, being duly sworn, state on oath that on June 4, 2019, I caused the Securities and Exchange Commission's Motion for an Order Requiring Compliance with Subpoenas to be served upon the following by UPS, overnight delivery, to:

Christopher Little
**LITTLE LAW CORPORATION**
3148 Highland Boulevard
North Vancouver, BC V7R 2X6


                                                /s/ Christopher H. White