# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States Securities and Exchange Commission

                              Plaintiff,

v.                                            Case No.: 1:19−cv−03721

                                           Honorable Virginia M. Kendall

Covalent Collective, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 8/15/2019. Plaintiff reports that all documents that were subpoenaed were received and case can be dismissed. Case is dismissed. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.